IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv187-WHA |
| | ) | WO |
| CHRISTOPHER A. CALDWELL | ) | |

**O R D E R**

Upon review of the pleadings in this case, and for good cause, it is

ORDERED that on or before April 5, 2006, the United States shall file a supplemental response that addresses the movant's claim that he is actually innocent of the offense of using and carrying a firearm during and in relation to a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

In filing its response to this order, the government shall identify those records relevant to the issue referenced herein and should indicate what transcripts are available, whether these documents are a part of the record, and, if not, when they can be furnished. Additionally, the government shall attach to its response all portions of the trial record, sentencing transcript, and any other documents that are relevant to a determination of the issue identified in this order.

DONE, this 7th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE