IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05cv187-WHA |
| | ) | (Cr. No. 2:01cr088-WHA) |
| CHRISTOPHER A. CALDWELL | ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #19), filed on February 5, 2007, the Recommendation is adopted, and it is hereby

ORDERED that the Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED, and this case is DISMISSED with prejudice.

DONE this 26th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE